In the Matter of MARGARET M. BYRNES, Respondent. CITY BANK FARMERS TRUST COMPANY et al., as Executors of and Trustees under the Will of HARWOOD BYRNES, Deceased et al., Appellants.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 260 N. Y. 465.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER RASHBA, Appellant.

(Submitted February 27, 1933; decided March 7, 1933.)

*Thomas   C.   T.   Crain; District   Attorney   (John   C. McDermott* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.   (See 261 N. Y. 714.)